City Court of New York, Special Term. Action by Nellie M. Hayes against Bertram Borden. From an order in favor of plaintiff, defendant appeals. Modified. See, also, 119 N. Y. Supp. 156. W. C. Low, for appellant. E. I. S. Hart, for respondent.

PER CURIAM. Order modified, by allowing the consent and order of discontinuance to be vacated upon payment by the plaintiff to the defendant of all the taxable costs and disbursements of the action, as of an issue brought to trial, including the trial fee, to be taxed by the clerk of the court below within five days of the date of service of a copy of this order and notice of entry thereof upon plaintiff's attorney, together with $10 costs and the disbursements of this appeal, and, further, that in the event that the plaintiff should fail to pay the said costs and disbursements to the defendant within five days after the said taxation of the costs above referred to, the order will be reversed, with $10 costs and disbursements of this appeal.

LEHMAN, J., votes for reversal.

HAYES v. MARX et al. (Supreme Court, Appellate Division, First Department. March March 31, 1910.) Action by Augustus L. Hayes against Jacob Marx, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

HEATH, Appellant, v. HAGGERTY, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Carlos Heath against Frank L. Haggerty.

PER CURIAM. Judgment of the Municipal Court reversed, and a new trial ordered, costs to abide the event, on the ground that it was not essential to the plaintiff's cause of action to prove the value of the chattel which he had replevied, and which was still in his possession.

HEATON, Respondent, v. VILLAGE OF CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Stephen B. Heaton against the Village of Chester. No opinion. Judgment affirmed, with costs, upon the opinion of Mr. Justice Tompkins at Special Term. 59 Misc. Rep. 558, 111 N. Y. S. 725.

HEBBERD, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Robert Hebberd, Commissioner of Public Charities, etc., on complaint of Hannah Spangenberg, against Samuel Schwartz. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant perfect his appeal, place the same upon the present calendar of this court, and be ready for argument when reached.

In re HEINE SAFETY BOILER CO. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) In the matter of the application of the Heine Safety Boiler Company for a writ of mandamus requiring the Franklin Boiler Works Company to allow an inspection of its books.

PER CURIAM. Order reversed, with costs, and application granted, unless the respondent, within 30 days after service of a copy of this order, shall make and deliver to relator a statement of its affairs under oath, embracing a particular account of all its assets and liabilities, in which case order is modified by striking therefrom the award of costs, and as modified, affirmed, without costs.

KELLOGG, J., votes for affirmance.

HEINTZ, Appellant, v. CONTINENTAL CASUALTY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department, January 12, 1910.) Action by Jacob C. Heintz against the Continental Casualty Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. See, also, 119 N. Y. Supp. 1128.

HEITER v. JOLINE et al. (Supreme Court, Appellate Division. First Department. March 11, 1910.) Action by Emily Heiter, an infant against Adrian H. Joline and others as receivers (see, also, 135 App. Div. 13, 119 N. Y. Supp. 819). With this case has been consolidated in this court cases bearing titles as follows: Charles Lehman-Charley v. Herman De Selding (see, also, 120 N. Y. Supp. 501, 1117); Lewis M. Isaacs et al. v. Haines Realty Corporation; Oscar Hammerstein v. New York Press Company (see, also, 121 N. Y. Supp. 16); Charles F. Muller et al. v. Jacob Brodie et al; Same v. Louis Silverman et al. No opinions. Motions denied, with $10 costs. Orders filed.

HERZOG, Respondent, v. MARX et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Alexander Herzog against Simon Marx and others. E. Fixman, for appellants. J. Zapinsky, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 58 Misc. Rep. 356, 110 N. Y. Supp. 1039.

HILL, Respondent, v. WEISENBERGER, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Anna Hill against Kate Weisenberger. H. H. Harris, for appellant. C. Caldwell, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

HIRSCH v. PARSHELSKY et al. (Supreme Court, Appellate Division. First Department. March 4, 1910.) Action by Felix Hirsch against Isaac Parshelsky and others. No opinion. Order affirmed, with $10 costs and disbursements.

HOEFLE, Appellant, v. HALLANAN, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action